**Douglas M. FARRAGO, Plaintiff– Appellant,**

v.

**RAWLINGS SPORTING GOODS COMPANY, INC., Defendant– Appellee.**

No. 2008–1554.

United States Court of Appeals, Federal Circuit.

May 7, 2009.

Paul A. Lesko, SimmonsCooper LLC, of East Alton, IL, argued for plaintiff-appellant. With him on the brief were Jo Anna Pollock, and Stephen C. Smith.

Sandra J. Wunderlich, Stinson Morrison Hecker LLP, of St. Louis, MO, argued for

defendant-appellee. With her on the brief was Penny R. Slicer, of Kansas City, MO.

Before MAYER, LOURIE, and GAJARSA, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.